UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NADER KANAN, <br><br>    Plaintiff, <br>vs. <br><br>MICHAEL CHERTOFF, <br>AS THE DIRECTOR OF <br>THE DEPARTMENT OF HOMELAND <br>SECURITY, ROBERT S. MUELLER, III <br>AS THE DIRECTOR OF FEDERAL <br>BUREAU OF INVESTIGATIONS <br><br>    Defendants | FILED: APRIL 2, 2008 <br>08CV1896 J. N. <br>JUDGE LEINENWEBER <br>No. MAG. JUDGE ASHMAN <br><br>A# 047 917 922 |

## COMPLAINT FOR MANDAMUS

Plaintiff, NADER KANAN, by and through, REEM H. ODEH, of the LAW OFFICES OF BRODSKY & ODEH respectfully requests this Court to enter an order directing the Defendant, MICHAEL CHERTOFF, Director of Homeland Security to adjudicate Plaintiff's application for Naturalization. In support of said request, the Plaintiff states as follows:

### JURISDICTION AND VENUE

1. The is a civil action brought pursuant to 8 U.S.C. section 1329, and 28 U.S.C. Sections 1331 and 1361, and Section 1447(b) to redress the deprivation of rights, privileges and immunities secured to Plaintiff, by which statutes jurisdiction is conferred, to compel Defendant to perform a duty Defendant owes to Plaintiff, 5 U.S.C. section 704 also confers jurisdiction.

2. Venue is proper under 28 U.S.C. section 1391(b), since Defendant is the Director of the Bureau of Citizenship and Immigration Services (BCIS), an agency of the United States Government, under the Department of Homeland Security. The Defendant Robert S. Mueller III, is the Director of the federal Bureau of Investigations.

3. This action is brought to compel the defendant, officers and an agency of the United States, to perform its duties arising under the laws of the United States.

4. The APA requires USCIS and the FBI to carry out their duties within a reasonable time. The provision of the APA that provides this is 5 U.S.C. Sec. 555(b), which states that "with due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." USCIS and FBI are subject to 5 USC Sec. 555(b). The Plaintiffs contend that the delays in processing their application for adjustment of status are unreasonable.

## PARTIES

5. Plaintiff, Nader Kanan is a 26 year old native of Palestine. He became a Legal Permanent Resident of the United States on or October 14, 2001.

6. Plaintiff's alien number is **A#047-917-922.**

7. Defendant, MICHAEL CHERTOFF, is the Director of the Department of Homeland Security. As such, he is charged with the duty of administration and enforcement of all the functions, powers, and duties of Bureau of Citizenship & Immigration Services, the former INS. The Defendant Robert S. Mueller III, is the Director of the federal Bureau of Investigations.

## CLAIMS FOR RELIEF

8. On December 19, 2006, Plaintiff filed his application for Naturalization for U.S. Citizenship, paid the appropriate filing fee.

9. On January 23, 2007, the Plaintiff was requested to have his Biometrics completed and fingerprints taken which was successfully completed.

10.  That since the filing of the Application for Naturalization which was filed on December 19, 2006, the Plaintiff has never been scheduled for an Interview.

11.  Prior to the filing of this Complaint, the Plaintiff has made several attempts with the Defendant to inquire about the status of his application, the Plaintiff or his attorneys have made numerous oral and written requests of the Defendant concerning a final adjudication of said applications.  No further action was taken by Defendants in this matter.

12.  The Defendant, in violation of the Administrative Procedure Act, is unlawfully withholding or unreasonably delaying a decision on the applications of Plaintiff.

13.  Plaintiff has exhausted any remedies that may be exist.

WHEREFORE, Plaintiff prays that the Court:

A.  Compel Defendant and those acting under him to perform their duty to rule upon the Plaintiff's applications;

B.  Grant attorney's fees and cost of court

C.  Grant such other and further relief as this Court sees proper under the circumstances.

Respectfully Submitted,

_____/s/ Reem H. Odeh_____
Reem H. Odeh
Attorney for Plaintiff

Reem H. Odeh
Law Offices of Brodsky & Odeh
8 S. Michigan, Suite 3200
Chicago, Illinois 60603
312-701-3000
312-701-3088(fax)

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance as Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: Nader KANAN
Date: 04/02/2008
File No. A047917922

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: Nader KANAN
☐ Petitioner   ☑ Applicant   ☐ Beneficiary

Address: 5504 Ottawa Ct Apt 2B, Mishawaka, IN 46545

Name:
☐ Petitioner   ☐ Applicant   ☐ Beneficiary
Address:

**Check Applicable Item(s) below:**

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia __Illinois__ __Supreme Court__ (Name of Court) and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain Fully.)

SIGNATURE: /s/ Reem Odeh
NAME (Type or Print): Reem Odeh
COMPLETE ADDRESS: 8 S. Michigan Ave Suite 3200, Chicago, IL 60603
TELEPHONE NUMBER: 312-701-3000

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:

Reem Odeh
(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

Name of Person Consenting: NADER KANAN
Signature of Person Consenting: /s/ Nader Kanan
Date: 4/2/08

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

01/17/2006 01:02 FAX 5742339337           QUICK STOP FOOD AND SHOP                    ☒001

Department of Homeland Security
U.S. Citizenship and Immigration Services                                    **I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>January 10, 2007 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | USCIS A#<br>A 047 917 922 |
| APPLICATION NUMBER<br>LIN*000990506 | RECEIVED DATE<br>December 19, 2006 | PRIORITY DATE<br>December 19, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

NADER A. KANAN
# 2B
5504 OTTAWA COURT
MISHAWAKA IN 46545

To process your application, USCIS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>CIS HAMMOND<br>7852 INTERSTATE PLAZA DRIVE<br>INDIANAPOLIS BLVD. (RT. 41)<br>HAMMOND IN 46324 | DATE AND TIME OF APPOINTMENT<br>01/23/2007<br>11:00 AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

---

REQUEST FOR RESCHEDULING    XCF

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

USCIS cannot guarantee the day preferred, but will do so to the extent possible.        JAN 2 3 2007
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS HAMMOND
7852 INTERSTATE PLAZA DRIVE
INDIANAPOLIS BLVD. (RT. 41)
HAMMOND IN 46324

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
LIN*000990506

**WARNING!**
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

02/04/2006 06:01 FAX 5742339337 QUICK STOP FOOD AND SHOP ☑005



02/04/2006 06:01 FAX 5742339337        QUICK STOP FOOD AND SHOP                    ☑006



SSPORT / VEL DOCUMENT — جواز سفر

1648882

| | |
|---|---|
| FULL NAME | NADER A A KANAN |
| MOTHER NAME | AMNA |
| ID NO | 907222236 |
| DATE OF BIRTH | 13-03-1982 |
| PLACE OF BIRTH | RAM ALLAH |
| SEX | Male |
| DATE OF EXPIRY | 15-10-2008 |
| PROFESSION | NONE |

```
P<PS<NADER<A<A<KANAN<<AMNA<<<<<<<<<<<<<<<<<<
1648882<<1PSE8203139M0810153907222236<<<<<18
```

02/04/2006 06:00 FAX 5742339337           QUICK STOP FOOD AND SHOP                    ☒003



U.S. Department of Homeland Security
USCIS
101 West Congress Parkway
Chicago, IL 60605

**U.S. Citizenship and Immigration Services**

Monday, October 1, 2007

NADER KANAN
5504 OTTAWA CT., APT # 2B
MISHAWAKA IN 46545

Dear Nader Kanan:

On 09/21/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| Caller indicated they are: | Applicant or Petitioner |
| Attorney Name: | Information not available |
| Case type: | N400 |
| Filing date: | 12/26/2006 |
| Receipt #: | LIN*000990506 |
| Beneficiary (if you filed for someone else): | Information not available |
| Your USCIS Account Number (A-number): | Information not available |
| Type of service requested: | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 10-01-2007 01:28 PM EDT - LIN*000990506