# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Nader Kanan vs. Department Of Homeland Security and Federal Bureau Of Investigations | FILED: APRIL 2, 2008<br>08CV1896 J. N.<br>JUDGE LEINENWEBER<br>MAG. JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Nader Kanan

| NAME (Type or print) |
|---|
| Reem Husni Odeh |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Reem H. Odeh |

| FIRM |
|---|
| Brodsky & Odeh |

| STREET ADDRESS |
|---|
| 8 S. Michigan Ave, Suite 3200 |

| CITY/STATE/ZIP |
|---|
| Chicago IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6279336 | 312-701-3000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐