## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1896                    Assigned/Issued By: j. n.

Judge Name: leinenweber                   Designated Magistrate Judge: ashman

---

### FEE INFORMATION

Amount Due:  [✓] $350.00     [ ] $39.00     [ ] $5.00
             [ ] IFP         [ ] No Fee     [ ] Other _____
             [ ] $455.00

Number of Service Copies _____        Date: _____
*(For use by Fiscal Department Only)*

Amount Paid: 350_____                 Receipt #: 2663289_____

Date Payment Rec'd: 4-2-08_____       Fiscal Clerk: j. n._____

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons
[ ] Third Party Summons                    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
[ ] Citation to Discover Assets            *(Victim, Against and $ Amount)*
[ ] Writ _____                [ ] Other
    *(Type of Writ)*                       _____
                                           _____
                                           *(Type of issuance)*

4_____ Original and 0_____ copies on 4-3-08_____ as to u.s attny; attny general;_____
                                     *(Date)*
michael chertoff; robert s. mueller, III_____

_____