UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NADER KANAN, | ) |
| Plaintiff, | ) |
| v. | ) No.  08 C 1896 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) Judge Leinenweber |
| Defendants. | ) |

## ANSWER

The named federal defendants, by and through Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, and undersigned counsel, submits this answer to the plaintiff's complaint and petition for review to compel the defendant and those acting under him to take action on the application for naturalization filed by plaintiff, or alternatively, for the court to adjudicate the case itself and to administer the oath of naturalization.

**First Affirmative Defense**

The complaint fails to state a claim upon which relief can be granted with regard to the named defendants.

**Second Affirmative Defense**

Relief should be denied plaintiff as an exercise of judicial discretion to withhold relief. Defendants respectfully submit that even if the court is empowered to act, the only action it should take is to remand the case to the agency pursuant to 8 U.S.C. §1447(b) as  this is not an appropriate case for the court to engage in the business of reordering interviews or other agency priorities, or jeopardize national security or the public safety by ordering the applications to be adjudicated out

of order thereby prejudicing the numerous individuals who met the requirements for naturalization before them and who are waiting to have their case adjudicated.

### Third Affirmative Defense

This matter is not ripe for adjudication because the statutorily required interviews and security checks have not been completed.

### Fourth Affirmative Defense

The defendants deny that the proper parties have been named in this matter.

### Fifth Affirmative Defense

Answering the specific allegations of the complaint, and using the same paragraph numbering, the defendants admit, deny or otherwise aver as follows:

**Complaint:**

1.     The is a civil action brought pursuant to 8 U.S.C. section 1329, and 28 U.S.C. Sections 1331 and 1361, and Section 1447(b) to redress the deprivation of rights, privileges and immunities secured to Plaintiff, by which statutes jurisdiction is conferred, to compel Defendant to perform a duty Defendant owes to Plaintiff, 5 U.S.C. section 704 also confers jurisdiction.

**Answer:**     Defendants admit only that plaintiff has filed a petition under 8 U.S.C. §1447.

**Complaint:**

2.     Venue is proper under 28 U.S.C. section 1391(b), since Defendant is the Director of the Bureau of Citizenship and Immigration Services (BCIS), an agency of the United States Government, under the Department of Homeland Security. The Defendant Robert S. Mueller III, is the Director of the Federal Bureau of Investigations.

**Answer:**     Admit that venue is proper.

**Complaint:**

     3.     This action is brought to compel the defendant, officers and an agency of the United States, to perform its duties arising under the laws of the United States.

**Answer:**    Admit that such an action is brought. Deny that entitled to any relief under the provisions cited or any other provisions whatsoever.

**Complaint:**

     4.     The APA requires USCIS and the FBI to carry out their duties within a reasonable time. The provision of the APA that provides this is 5 U.S.C. Sec. 555(b), which states that "with due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." USCIS and FBI are subject to 5 U.S.C. Sec. 555(b). The Plaintiffs contend that the delays in processing their application for adjustment of status are unreasonable.

**Answer:**    Deny that entitled to any relief under the provisions cited or any other provisions whatsoever. Plaintiffs are not entitled to any relief under the APA, as no final agency decision has yet been rendered in this case.

**Complaint:**

     5.     Plaintiff, Nader Kanan is a 26 year old native of Palestine. He became a Legal Permanent Resident of the United States on or October 14, 2001.

**Answer:**    Defendants lack sufficient information or knowledge to form a belief as to the truth of the statements in paragraph 5.

**Complaint:**

    6.    Plaintiff's alien number is A#047-917-922.

**Answer:**    Admit.

**Complaint:**

    7.    Defendant, MICHAEL CHERTOFF, is the Director of the Department of Homeland Security. As such, he is charged with the duty of administration and enforcement of all the functions, powers, and duties of Bureau of Citizenship & Immigration Services, the former INS. The Defendant Robert S. Mueller III, is the Director of the federal Bureau of Investigations.

**Answer:**    Admit.

**Complaint:**

    8.    On December 19, 2006, Plaintiff filed his application for Naturalization for U.S. Citizenship, paid the appropriate filing fee.

**Answer:**    Denied.

**Complaint:**

    9.    On January 23, 2007, the Plaintiff was requested to have his Biometrics completed and fingerprints taken which was successfully completed.

**Answer:**    Admit that plaintiff had an appointment to have his fingerprints taken. Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining statements in paragraph 9.

**Complaint:**

    10.    That since the filing of the Application for Naturalization which was filed on December 19, 2006, the Plaintiff has never been scheduled for an Interview.

**Answer:** Defendants admit plaintiff has not been scheduled for an interview, but deny that the application for naturalization was filed on December 19, 2006.

**Complaint:**

11. Prior to the filing of this Complaint, the Plaintiff has made several attempts with the Defendant to inquire about the status of his application, the Plaintiff or his attorneys have made numerous oral and written requests of the Defendant concerning a final adjudication of said applications. No further action was taken by Defendants in this matter.

**Answer:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the statements in paragraph 11.

**Complaint:**

12. The Defendant, in violation of the Administrative Procedure Act, is unlawfully withholding or unreasonably delaying a decision on the applications of Plaintiff.

**Answer:** Denied. Plaintiffs are not entitled to any relief under the APA, as no final agency decision has yet been rendered in this case.

**Complaint:**

13. Plaintiff has exhausted any remedies that may be exist.

**Answer:** Denied. Defendants deny that plaintiff is entitled to the relief sought or any relief whatsoever. Further answering, defendants deny each and every allegation or prayer not specifically admitted in this Answer.

Wherefore, having fully answered plaintiff's complaint, defendants pray that same be dismissed with prejudice.

                                                Respectfully submitted,

                                                PATRICK J. FITZGERALD
                                                United States Attorney

                                                By: s/Ernest Y. Ling
                                                     ERNEST Y. LING
                                                     Assistant United States Attorney
                                                     219 South Dearborn Street
                                                     Chicago, Illinois 60604
                                                     (312) 353-5870
                                                     ernest.ling@usdoj.gov